UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : Case No.: 3:25CR49MJN |
| **Plaintiff,** | : **JOINT MOTION TO CHANGE PLEA** |
| vs. | : |
| **BRANNON ANDERSON,** | : |
| **Defendant.** | : |

Plaintiff United States of America, by and through its counsel of record, and defendant **BRANNON ANDERSON,** by and through his counsel of record, hereby move the Court to permit him to change his previously entered plea in this matter. The parties therefore respectfully request that the Court grant this motion.

```
                              DOMINICK S. GERACE II
                              United States Attorney


12/16/25                      s/Brent G. Tabacchi
DATE                          Brent G. Tabacchi
                              Assistant United States Attorney
                              Attorneys for Plaintiff


12/16/25                      s/Nicholas Gounaris
DATE                          Nicholas Gounaris
                              Attorney for Defendant
```

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing motion was filed with the Court's CM/ECF filing system on December 16, 2025.

                                                s/Brent G. Tabacchi
                                                Brent G. Tabacchi
                                                Assistant United States Attorney