UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

Plaintiff, Case No. 3:25-cr-49

vs.

BRANNON D. ANDERSON, District Judge Michael J. Newman

Defendant.

**ORDER REQUIRING THE GOVERNMENT AND DEFENDANT TO BOTH FILE, BY AUGUST 10, 2026, A SENTENCING MEMORANDUM ADDRESSING DEFENDANT'S OBJECTION TO THE FINAL PRESENTENCE INVESTIGATION REPORT**

This felony criminal case is pending on Defendant's objection to the final presentence investigation report ("PSR"). Doc. No. 36 at PageID 154-55. Although the PSR describes Defendant's objection and the Probation Officer's response, the Government advises, "they would provide a response to the objection at the time of sentencing." *Id*. at PageID 154. The parties have not filed memoranda addressing Defendant's objection, and they do not request an evidentiary hearing or oral argument.[1] Doc. No. 38.

Upon careful review and consideration of Defendant's objection to the PSR, the Government's response, and the Probation Officer's response, *id*. at PageID 154-55, the Court concludes further briefing is warranted on Defendant's objection. Without further briefing, the record lacks the parties' substantive analysis supported by pertinent case law in support of their positions on Defendant's objection. *See id*.

[1] Defendant, through counsel, has filed a pending motion for an Order of concurrent sentence, *nunc pro tunc* designation, and BOP recommendation (Doc. No. 35), which concerns sentencing matters unrelated to his PSR objection.

Accordingly, both the Government and Defendant shall **FILE, by August 10, 2026,** a sentencing memorandum containing analysis supported by pertinent case law addressing Defendant's objection to the PSR.

**IT IS SO ORDERED.**

August 3, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge